# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRANDON TERRELL WARREN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-00926-SEP |
| ST. LOUIS CITY JAIL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed *in forma pauperis* in this civil action under 42 U.S.C. § 1983. *See* Doc. [2]. Under 28 U.S.C. § 1915(b), Plaintiff must submit a certified copy of his prison trust account statement for the six-month period before the filing of the Complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, Plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the Complaint.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order will result in a dismissal of this action without prejudice.

Dated this 12th day of July, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE